UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA P.,<br><br>            Plaintiff,<br><br>    v.<br><br>NBCUNIVERSAL COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN,<br><br>            Defendant. | Case No. 2:14-CV-03418 JAK (ASx)<br><br>**ORDER GRANTING STIPULTION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** JS-6 |

    Based upon the stipulation of the parties, and for good cause shown:

    IT IS HEREBY ORDERED that this action, Case No. CV 14-03418-JAK (ASx) is dismissed in its entirety, with prejudice.

    IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: August 7, 2015      BY: _____

                                                    Honorable John A. Kronstadt
                                                    United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525